Exhibit "B"

**AFFIDAVIT OF SERVICE**

C/A NO: 4:26-cv-03939-JD

STATE OF SOUTH CAROLINA
COUNTY OF Horry

Bradley Small (Affiant) personally appeared before me, the undersigned affiant, who being duly sworn, states that they served Summons and Complaint (documents) in the action on Damon Vescovi (Respondent).

Service was completed in the following manner:

☑ Damon Vescovi, personally;

☐ ______, the ______ of the party served, and a person of discretion residing at the residences of the party served;

☐ ______, the ______ of the ______; and leaving a copy with him/her at:

4945 Circle Dr

Loris, SC 29569

Residence/ Place of Employment/Other

in Horry County, South Carolina on the 11th day of September, at 2:41PM o'clock am/pm, that the affiant knows the person so served and, and the affiant is not a party of this action, is not less than eighteen (18) years of age and has no interest therein or connection therewith.

☐Unable to locate and serve after diligent attempts to do so. The process is returned unexecuted.

1st Attempt: ______.

2nd Attempt: ______.

3rd Attempt: ______.

Documents served: Summons and Complaint

Sworn before me this
29th day of September, 2026
[signature]
Notary Public of SC

My Commission expires 9-15-2032.

[signature]
Affiant Signature

SELENA SMALL
Notary Public
State of South Carolina
My Commission Expires Sep 15, 2032