UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Jennifer Spivey Foley, as Personal Representative of the Estate of Scott Ryan Spivey, Deborah Spivey, individually, and Byron Spivey, individually,

Plaintiffs,

vs.

Brandon Strickland, Alan Jones, Damon Vescovi, Kerry Higgs, Daniel Spencer, Mark Johnson, Randall Ghent, Doug Dishong, Matthew Stephenson, Greg Lent, Mick Kathman, Joseph Hill, John Sotile, and Horry County,

Defendants.

C/A No. 4:26-cv-03939-JD

MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS SPENCER, JOHNSON, AND LENT, AND DEFENDANTS HORRY COUNTY AND JOSEPH HILL'S MOTIONS TO DISMISS THE AMENDED COMPLAINT

Plaintiffs, by and through their undersigned counsel, respectfully move the Court for an extension of time, up to and including December 7, 2026, to file their responses to (1) the Motion to Dismiss filed by Defendants Daniel Spencer, Mark Johnson, and Greg Lent (ECF No 27) and (2) Defendants Horry County and Joseph Hill's Motion to Dismiss Amended Complaint (ECF No. 32) (together, the "Motions")

In support of this Motion, Plaintiffs state as follows:

1. Defendants Daniel Spencer, Mark Johnson, and Greg Lent (the "Spencer Defendants") filed a Motion to Dismiss on November 8, 2026, (ECF No. 27).

2. Defendants Horry County and Joseph Hill (the "County Defendants") filed a Motion to Dismiss Amended Complaint and Memorandum of Law in Support on November 9, 2026, (ECF No. 32).

3. Plaintiffs' responses to both Motions are currently due on November 23, 2026.

4. Plaintiffs request a single fourteen (14) day extension of that deadline, up to and including December 7, 2026, for their responses to both Motions. Because the Motions arise from the same Amended Complaint and are due

on the same date, Plaintiffs seek this relief in one combined motion in the interest of efficiency.

5. Undersigned counsel conferred with counsel for the Spencer Defendants, J. Matthew Johnson of Chandler Law Group LLC, and counsel for the County Defendants, Elloree A. Ganes of Hood Law Firm, LLC, regarding the relief requested in this Motion. Counsel for the Spencer Defendants and counsel for the County Defendants have each consented to the requested extension of Plaintiffs' response deadline to December 7, 2026, Exhibits A and B, respectively.

6. The requested extension is sought in good faith and not for purposes of delay. Because the affected Defendants consents, no party will be prejudiced by the extension.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and extend the deadline for Plaintiffs to respond to (1) the Motion to Dismiss filed by Defendants Daniel Spencer, Mark Johnson, and Greg Lent (ECF No 27) and (2) Defendants Horry County and Joseph Hill's Motion to Dismiss Amended Complaint (ECF No. 32), from November 23, 2026, up to and including December 7, 2026, and grant such other and further relief as the Court deems just and proper.

GOODING AND GOODING, P.A.

**s/Mark B. Tinsley**
Mark B. Tinsley, Fed. Bar No. 7160
Laine Brabham Gooding, Fed. Bar No. 13207
P.O. Box 1000
Allendale, SC 29810
803-584-7676
mark@goodingandgooding.com
laine@goodingandgooding.com

and

John S. Nichols, Fed. Bar No. 2535
Bluestein Thompson Sullivan, LLC
Post Office Box 7965
Columbia, SC 29202
803-779-7599
john@bluesteinattorneys.com

and

Natasha M. Hanna, Fed. Bar No. 9306
Law Ofc. of Natasha M. Hanna, P.C.
4712 Jenn Dr., Suite A
Myrtle Beach, SC 29577
843-839-8002
natasha@nhannalaw.com

*Attorneys for Plaintiffs*

November 16, 2026