Exhibit A

## Angela Still

**From:** Matt Johnson <matt@chandlerlawsc.com>
**Sent:** Friday, November 13, 2026 12:06 PM
**To:** Angela Still; Nelson Chandler
**Cc:** Mark Tinsley; Laine Gooding; Natasha Hanna; Liz Goodloe; John Nichols; Meredith Brown
**Subject:** RE: EXTENSION REQUEST: Spivey v. Strickland (4:26-cv-03939-JD)

**Categories:** Smokeball

Angela:

We consent to Plaintiff's requested 14 day extension to respond to our clients' motion to dismiss, such that the response will be due 12/7/2026. You may s/ my name.

Thanks and have a good weekend,

Matt

J. Matthew Johnson
Email: matt@chandlerlawsc.com
**CHANDLER LAW GROUP, LLC**
741 Johnnie Dodds Blvd., Ste 300
Mount Pleasant, SC 29464
Phone: 843-577-5450
Fax: 843-529-0147

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the personal and confidential use of the designated recipient(s) named above and may contain work product and/or attorney-client information, which is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not a named recipient, YOU ARE HEREBY NOTIFIED that any review, dissemination, distribution, disclosure or copying of this message and/or attachments is STRICTLY PROHIBITED. If you have received this e-mail message in error, please notify us immediately at the telephone number listed above to arrange for the return and/or deletion of the original message. Thank you for your cooperation.

---

**From:** Angela Still <angela@goodingandgooding.com>
**Sent:** Friday, November 13, 2026 9:24 AM
**To:** Nelson Chandler <nelson@chandlerlawsc.com>; Matt Johnson <matt@chandlerlawsc.com>
**Cc:** Mark Tinsley <mark@goodingandgooding.com>; Laine Gooding <laine@goodingandgooding.com>; Natasha Hanna <natasha@nhannalaw.com>; Liz Goodloe <liz@nhannalaw.com>; John Nichols <john@bluesteinattorneys.com>; Meredith Brown <meredith@bluesteinattorneys.com>
**Subject:** EXTENSION REQUEST: Spivey v. Strickland (4:26-cv-03939-JD)

Dear Counsel:

We are requesting a fourteen (14) day extension to respond to Defendants Spencer, Johnson, and Lent's Motion to Dismiss the Amended Complaint, currently due November 23, 2026, making our response due December 7, 2026.

If you are agreeable, please confirm by replying to this email, and we will prepare and file a proposed Consent Order extending the deadline.

Sincerely,

*Angela Surles Still*
Litigation Paralegal
Gooding and Gooding, P.A.
P. O. Box 1000
Allendale, SC 29810
angela@goodingandgooding.com
T: 803-584-7676 Ext. 2224
F: 803-584-3614

This message is from the law firm of Gooding and Gooding, P.A. and may be a confidential and privileged legal communication to the named recipient(s).
If you receive this message in error or are not the named recipient(s), please notify the sender and delete this email. Thank you.