Exhibit B

**Angela Still**

| | |
|---|---|
| **From:** | Elloree Ganes <elloree.ganes@hoodlaw.com> |
| **Sent:** | Friday, November 13, 2026 10:02 AM |
| **To:** | Angela Still; Evan Sobocinski |
| **Cc:** | Mark Tinsley; Laine Gooding; Natasha Hanna; Liz Goodloe; John Nichols; Meredith Brown |
| **Subject:** | RE: EXTENSION REQUEST: Spivey v. Strickland, etal (4:26-cv-03939-JD) |
| **Categories:** | Smokeball |

Of course, no problem.

---

**From:** Angela Still <angela@goodingandgooding.com>
**Sent:** Friday, November 13, 2026 9:27 AM
**To:** Elloree Ganes <elloree.ganes@hoodlaw.com>; Evan Sobocinski <Evan.sobocinski@hoodlaw.com>
**Cc:** Mark Tinsley <mark@goodingandgooding.com>; Laine Gooding <laine@goodingandgooding.com>; Natasha Hanna <natasha@nhannalaw.com>; Liz Goodloe <liz@nhannalaw.com>; John Nichols <john@bluesteinattorneys.com>; Meredith Brown <meredith@bluesteinattorneys.com>
**Subject:** EXTENSION REQUEST: Spivey v. Strickland, etal (4:26-cv-03939-JD)

Dear Counsel:

We are requesting a fourteen (14) day extension to respond to Defendants Horry County and Joseph Hill's Motion to Dismiss the Amended Complaint, currently due November 23, 2026, making our response due December 7, 2026.

If you are agreeable, please confirm by replying to this email, and we will prepare and file a proposed Consent Order extending the deadline.

Sincerely,

*Angela Surles Still*
Litigation Paralegal
Gooding and Gooding, P.A.
P. O. Box 1000
Allendale, SC 29810
angela@goodingandgooding.com
T: 803-584-7676 Ext. 2224
F: 803-584-3614

This message is from the law firm of Gooding and Gooding, P.A. and may be a confidential and privileged legal communication to the named recipient(s).
If you receive this message in error or are not the named recipient(s), please notify the sender and delete this email. Thank you.

Exhibit B